| | |
|---|---|
| 1 | MELINDA HAAG (CABN 132612)<br>United States Attorney |
| 2 | |
| 3 | MIRANDA KANE (CABN 150630)<br>Chief, Criminal Division |
| 4 | MICHELLE J. KANE (CABN 210579)<br>Assistant United States Attorney |

**FILED**

APR 19 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

150 Almaden Blvd., Suite 900
San Jose, California 95113
tel: (408) 535-5061
fax: (408) 535-5066
michelle.kane3@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>XIN SHAO,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | No. CR 11-00150 CW<br><br>[~~PROPOSED~~] ORDER DETAINING<br>DEFENDANT XIN SHAO<br><br>Date:    April 15, 2011<br>Time:    9:30 a.m.<br>Court:   Hon. Laurel Beeler |

On April 13, 2011, the United States moved for Xin Shao's detention pursuant to 18 U.S.C. § 3142. On April 15, 2011, counsel was appointed for Mr. Shao. Considering the government's proffer regarding the defendant's overseas contacts and assets, the defendant's statement that he would waive his right to a detention hearing, the defendant's pending immigration detainer, and the Pretrial Services report, together with the factors set forth in 18 U.S.C. § 3142(g), the Court orders Mr. Shao detained, without prejudice to his ability to raise the issue of his detention in the future, as no condition or combination of conditions in 18 U.S.C. § 3142(c) will reasonably assure the appearance of Mr. Shao at future court appearances.

[~~PROPOSED~~] DETENTION ORDER
No. CR 11-00150 CW

cc: Lashanda, Nikki, Pret. Svcs, 2 certified copies to US Marshal
Copy to parties via ECF

    Mr. Shao is committed to the custody of the Attorney General or a designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or held in custody pending appeal. *See* 18 U.S.C. § 3142(i)(2). The defendant must be afforded a reasonable opportunity to consult privately with counsel. *See id.* § 3142(i)(3). On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility must deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

    IT IS SO ORDERED.

DATED: April 19, 2011

_____
LAUREL BEELER
United States Magistrate Judge

[~~PROPOSED~~] DETENTION ORDER
No. CR 11-00150 CW               2