1  JOHN J. JORDAN, ESQ. (State Bar No. 175678)
   400 Montgomery Street, Suite 200
2  San Francisco, CA 94104
   Tel: (415) 391-4814
3  Fax: (415) 391-4308

4  Counsel for Defendant
   XIN SHAO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0150 CW |
| Plaintiff, | **STIPULATION AND** ~~**PROPOSED**~~ **ORDER CONTINUING STATUS HEARING** |
| vs. | |
| XIN SHAO, | |
| Defendant. | |

The United States, by Assistant U.S. Attorney Michelle J. Kane, and the defendant, XIN SHAO, through John J. Jordan, counsel of record, hereby move this Court to continue the date of defendant's status hearing from June 1, 2011, until June 15, 2011, at 2:00 p.m., to allow time for the parties to complete the discovery process; to allow the defendant to review discovery received from the government; and to allow the parties to continue settlement discussions.

1.  The defendant is charged by indictment with smuggling goods into the United States, in violation of 18 U.S.C. section 545 (counts one through eight); trafficking in counterfeit goods, in violation of 18 U.S.C. section 2320(a)(counts nine through thirteen); and two forfeiture counts.

2.  The United States has provided the defendant with discovery, which includes several compact discs reports and other materials relevant to this case. Counsel for the defendants need additional time to review these materials with his client. In addition, counsel for both parties are engaged in discussions regarding the loss amounts, which are highly relevant to

Stipulated Continuance                          1

1  sentencing guideline calculations.  The parties have conferred regarding the status of the case and
2  agree that the defendant and counsel should have an opportunity to review the discovery already
3  provided, in order to allow for effective assistance of counsel.
4        Finally, the parties are engaged in settlement discussions, which may potentially resolve
5  all or part of the matter before the Court.  The defendant expect to receive a plea agreement
6  within the next two weeks, which the attorney will then review with the client.
7      3.    The case is now set for an appearance before this Court on June 1, 2011.
8  However, the parties believe that defense counsel will require an additional 14 days to review the
9  discovery provided by the government before determining whether pre-trial motions should be
10 filed, or instead resolve the case by entering into a plea agreement.
11     4.    The parties accordingly ask the Court to continue the matter until June 15, 2011,
12 to allow counsel for the defendants time to review the discovery.  If the case is not resolved by
13 that date, the defendant expects to ask the Court to set a motion schedule on that date.
14     5.    All parties stipulate and agree that the ends of justice served by granting a
15 continuance to facilitate review of discovery outweigh the interest of the public and the
16 defendants in a speedy trial, to allow continuity of counsel and effective preparation of counsel,
17 taking into account the need for due diligence, in accordance with Title 18, sect. 3161(h)(8)(A).
18     6.    Accordingly, the parties ask the Court to continue the matter until June 15, 2011,
19 2008,  and order that time be excluded under the Speedy Trial Act until that date.
20
21 So Stipulated:                    /S/ Michelle J. Kane
                                     MICHELLE J. KANE
22                                   Assistant U.S. Attorney
23                                   /S/ John J. Jordan
                                     JOHN J. JORDAN
24                                   Counsel for Defendant
                                     Xin Shao
25
26

Stipulated Continuance                    2

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 11-0150 CW |
| Plaintiff, | ~~(Proposed)~~ **ORDER CONTINUING STATUS HEARING** |
| vs. | |
| XIN SHAO, | |
| Defendant. | |

GOOD CAUSE APPEARING, it is ordered that:

1. The date for defendant's ~~status~~ hearing shall be continued from June 1, 2011, June 22, 2011 until June ~~15,~~ 2011, at 2:00 p.m., to allow sufficient time for the defendant to review discovery provided by the United States in this case, and to continue settlement discussions.

2. The ends of justice served by the granting of this continuance outweigh the interest of the public and the defendants in a speedy trial, in accordance with Title 18, sect. 3161(h)(8)(A).

3. IT IS THEREFORE ORDERED that the period of this continuance from June 1, June 22, 2011 2011, until June ~~15,~~ 2011, shall be excluded under the Speedy Trial Act for the purposes of computing the time within which this Indictment must be tried to allow for the effective preparation of counsel for the reasons set forth in the parties' joint request.

SO ORDERED.
     May 31, 2011
DATED: ~~June __, 2011~~

                                            /s/ Claudia Wilken
CLAUDIA WILKEN
United States District Judge The United States, by

ORDER                                1