1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  MICHELLE J. KANE  (CABN 210579)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Tel: (510) 637-3680
7     Fax: (510) 637-3724
      E-Mail: michelle.kane3@usdoj.gov
8
   Attorneys for Plaintiff
9
10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND  DIVISION
13

14 UNITED STATES OF AMERICA,           )   No. CR 11-00150 CW
                                       )
15      Plaintiff,                     )   STIPULATION AND [PROPOSED]
                                       )   ORDER CONTINUING SENTENCING
16      v.                             )
                                       )   UNDER SEAL
17 XIN SHAO a/k/a ANDY SHAO,           )
                                       )   Hearing Date: March 13, 2012
18      Defendant.                     )   Time: 2:00 pm
                                       )
19

20

21     The government and the defendant, Xin Shao, respectfully request that the Court

22 continue Mr. Shao's sentencing, currently scheduled for March 13, 2012, to June 12,

23 2012, for the following reasons:

24     Pursuant to his obligation under the Plea Agreement, Mr. Shao has been

25 cooperating with a complex government investigation. The parties agree that Mr. Shao's

26 cooperation is ongoing and will not be completed by March and thus that the sentencing

27 hearing should be continued to enable Mr. Shao to present his full record of assistance to

28 the court. The parties have consulted Probation Officer Jessica Goldsberry, and she has

STIPULATION AND [PROPOSED] ORDER
CR 11-00150 CW

1 no objection to the proposed continuance.

2 IT IS SO STIPULATED.

3

4 Dated: January 12, 2012                MELINDA HAAG
                                         United States Attorney

5

6                                               /s/
7                                        MICHELLE J. KANE
                                         Assistant United States Attorney

8 Dated: January12, 2012

9

10                                              /s/
                                         JOHN JORDAN
                                         Counsel for Xin Shao

11

12

13      Accordingly, for good cause shown, the Court HEREBY ORDERS that the

14 sentencing hearing in *United States v. Xin Shao*, currently scheduled for March 13, 2012,

15 is continued to June 12, 2012, at 2:00 p.m.

16 IT IS SO ORDERED.

17

18 Dated:_____January 13_____, 2012    _____
                                          CLAUDIA WILKEN
19                                        United States District Judge

20

STIPULATION AND [P̶R̶O̶P̶O̶S̶E̶D̶] ORDER
CR 11-00150 CW                              2